UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVEY,<br><br>        Defendant. | No. 1:17-cv-00661-DAD-SAB<br><br><u>ORDER DISMISSING CASE FOR FAILURE</u><br><u>TO PAY FILING FEE, ORDERING CLERK</u><br><u>OF COURT TO CLOSE CASE</u><br><br>(Doc. No. 7) |

      Plaintiff Carlos Hendon is appearing *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 11, 2017, the court adopted the assigned magistrate judge's findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied because he had suffered three or more prior strikes under 28 U.S.C. § 1915(g), and directing plaintiff to pay the $400.00 filing fee within thirty days from the date of service of the order. (Doc. No. 7) At that time, plaintiff was ordered to pay the $400 in full within thirty days and warned that his failure to pay the required filing fee would result in dismissal of this action. (*Id.*)

/////

/////

1

Over thirty days have passed since the issuance of the July 11, 2017 order, and plaintiff has failed to pay the $400 filing fee. Accordingly, this case is dismissed without prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2017**

_/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE